JOHN EPPS, PETITIONER-PETITIONER, v. RICHARD GOLD
ET AL., DEFENDANTS-RESPONDENTS.

*Mr. James J. Sheeran* for the petitioner.

*Mr. Nathan Cholodenko* for the respondents.

February 29, 1960.   Granted.

GEORGE C. NORMAN, PLAINTIFF-RESPONDENT, v. CHRIS-
TOPHER A. BELING, DEFENDANT-PETITIONER.

See same case below:   58 *N. J. Super.* 575.

*Messrs. Weisman & Freedman* and *Mr. Irwin I. Kimmel-
man* for the petitioner.

*Mr. Donald B. Jones* and *Mr. Frank W. Hoak* for the
respondent.

February 29, 1960.   Granted.

F. MICHELOTTI & SONS, INC., PLAINTIFF-PETITIONER,
v. BOROUGH OF FAIRLAWN, DEFENDANT-RESPOND-
ENT.

February 29, 1960.   Appeal dismissed.